Order issued November 14, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01449-CV

## IN RE THE UNIVERSITY OF TEXAS SOUTHWESTERN MEDICAL CENTER, Relator

Original Proceeding from the 95th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-12-07946

# ORDER

Before Justices Moseley, FitzGerald, and Myers

Based on the Court's opinion of this date, we **DISMISS** relator's petition for writ of mandamus. We **ORDER** that relator bear the costs of this original proceeding.

LANA MYERS
JUSTICE